** COURTHOUSE — OFFICE SPACE — FUNDS — JUSTICE OF THE PEACE ** CAN THE COURT FUND BE USED FOR THE PURCHASE OF FURNITURE AND FILING CABINETS IN THE OFFICE OF THE JUSTICE OF THE PEACE WHO IS ALLOWED TO MAINTAIN AN OFFICE AT THE COURTHOUSE ? NEGATIVE, 62 O.S. 321 [62-321] DOES NOT ENUMERATE THE JUSTICE OF THE PEACE AS COURTS FOR WHOSE MAINTENANCE FROM THE COURT FUND IS AVAILABLE. CITE: 62 O.S. 323 [62-323] (SAM H. LATTIMORE)